IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
THELMESA DARLINGTON         *
                            *
      Plaintiff,            *
                            *
      v.                    *      CV 113-100
                            *
CINTAS,                     *
                            *
      Defendant.            *
```

## ORDER

Under Local Rule 41.1, the Court may, after notice to counsel of record, dismiss any action with or without prejudice for want of prosecution if a party (1) fails to comply with an order compelling discovery; (2) willfully disobeys or neglects any order of the Court; or (3) fails to prosecute the action with reasonable promptness. Upon review of the record, the Court notes a pattern by Plaintiff of failure to comply with the orders of this Court, to reply to Defendant's motions, and otherwise to prosecute this action. It appears that Plaintiff (1) failed to comply with the Court's August 26, 2013 Order that instructed Plaintiff, a *pro se* party, on her duty to cooperate in any discovery; (2) failed to timely make her required disclosures under FRCP 26(a); (3) failed to fully

respond to Defendant's written discovery requests; and (4) refused to appear for her noticed deposition.

In light of these failures, on April 10, 2014, Defendant filed a motion to dismiss. (Doc. no. 22.) The Court then issued a show cause order on August 25, 2014, instructing Plaintiff to show cause by 5:00 p.m. on September 5, 2014 as to why this case should not be dismissed for failure to prosecute. (Doc. no. 23.) Plaintiff has not responded to this Order.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and to **CLOSE** the case. The Clerk is further **INSTRUCTED** to serve a copy of this Order on Plaintiff at the following address: 2208 Leeway Landing, Augusta, Georgia 30904.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of September, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2